UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN TEEK NAKAHARA,<br>Petitioner,<br>v.<br>CHANCE ANDES, Warden of California State Prison at San Quentin,<br>Respondent. | CASE NO. CV 05-4604 PA<br>**DEATH PENALTY CASE**<br>JUDGMENT |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: October 13, 2026

PERCY ANDERSON
United States District Judge